1070

No. 88–6595. O'NEAL v. BORGERT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 88–6615. COLEMAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6618. FRITZ v. BARKER, JUDGE, KENTUCKY CIRCUIT COURT AT FAYETTE, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 88–6639. GALLO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 88–6641. HERBERT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–6658. WRENN v. THORNBURGH, ATTORNEY GENERAL OF THE UNITED STATES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–6711. DIAZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–6719. STUMPF v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 88–6737. McCOLPIN v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 88–6749. GATES v. VASQUEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 88–6751. PAREZ v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–6760. SANDS v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 88–6771. CAMPBELL v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 88–6785. FRITZ v. BARKER, JUDGE, KENTUCKY CIRCUIT COURT AT FAYETTE, ET AL. Sup. Ct. Ky. Certiorari denied.

No. 88–6799. FIXEL v. DISTRICT COURT OF NEVADA, FIRST JUDICIAL DISTRICT. Sup. Ct. Nev. Certiorari denied.

No. 88–6813. KIM v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.